















RXC   1/9/02   8:34

3:02-CV-00046   NICHOLS INSTITUTE V. SCANTIBODIES CLINIC

*1*

*CMP.*

Douglas E. Olson (State Bar Number 38649)
F.T. Alexandra Mahaney (State Bar Number 125984)
Moana L. McMullan (State Bar Number 199303)
BROBECK, PHLEGER & HARRISON LLP
12390 El Camino Real
San Diego, CA  92130-2081
Telephone:  (858) 720-2500
Facsimile:  (858) 720-3700

02 JAN -8 PH 3: 03

DEPUTY

Attorneys for Plaintiff Nichols Institute Diagnostics Inc.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLS INSTITUTE DIAGNOSTICS, INC., a California Corporation, <br><br> Plaintiff, <br><br> v. <br><br> SCANTIBODIES CLINICAL LABORATORY, INC., a California Corporation; SCANTIBODIES LABORATORY, INC., a California Corporation; and DOES 1 through 10, <br><br> Defendants. | Case No. '02 CV 0046 B (LAB) <br><br> **COMPLAINT FOR PATENT INFRINGEMENT** <br><br> **DEMAND FOR JURY TRIAL** |

ORIGINAL

1

COMPLAINT

## JURISDICTION AND VENUE

1.   This lawsuit is an action for patent infringement. The Court has jurisdiction over the subject matter of this action under 28 U.S.C. §§ 1331 and 1338, and has jurisdiction over the parties.

2.   Venue is proper in this district under 28 U.S.C. §§ 1391(b), 1391(c) and 1400(b).  A substantial part of the events giving rise to the claim occurred in this district, Defendants' contacts with this district are sufficient to render them amenable to personal jurisdiction in this district, and Defendants have committed acts of infringement in this district.  Defendants' contacts with this judicial district include the following:  (1) Defendants' principal places of business are located in this district; (2) Defendants have purposefully directed the design and manufacture of infringing products which are in turn used, advertised, offered for sale and sold in this judicial district; and (3) Defendants have purposefully directed the use, advertisement, offer for sale and sale of infringing products in this judicial district.  These contacts are related to, or gave rise to, the claims for patent infringement contained in this complaint.

## PARTIES

3.   Plaintiff NICHOLS INSTITUTE DIAGNOSTICS, INC. is a corporation organized under the laws of the State of California and has its principal place of business at 33051 Calle Aviador, San Juan Capistrano, California, 92675.

4.   Defendant SCANTIBODIES CLINICAL LABORATORY, INC. is

1

1    a corporation organized and existing under the laws of the

2    State of California and has its principal place of business

3    at 9663 Abraham Way, Santee, CA, 92027.

4        5.   Defendant SCANTIBODIES LABORATORY, INC. is a

5    corporation organized and existing under the laws of the

6    State of California and has its principal place of business

7    at 9663 Abraham Way, Santee, CA, 92027.

8                            **FIRST CLAIM**

9            (Infringement of U.S. Patent No. 6,030,790)

10       6.   Plaintiff hereby incorporates by this reference

11   paragraphs 1 through 5 inclusive.

12       7.   U.S. Patent No. 6,030,790 ("the '790 Patent"),

13   entitled "Antibodies That Bind Peptides From The HPTH

14   Sequence (1-37)" was duly and lawfully issued on February 29,

15   2000.  A true and correct copy of the '790 Patent is attached

16   hereto as Exhibit 1.

17       8.   Plaintiff is the exclusive licensee of the

18   '790 Patent and has received all substantial rights under the

19   '790 Patent including the right to prosecute infringement

20   actions in the United States.

21       9.   Defendants have been, and are currently, infringing

22   the '790 Patent in violation of 35 U.S.C. § 271.

23       10.  Upon information and belief, Defendants' acts of

24   infringement will continue after service of this complaint.

25       11.  Upon information and belief, Defendants' past and

26   continued infringement is willful and deliberate, rendering

27   this case appropriate for treble damages under 35 U.S.C.

28   § 284 and making this an exceptional case under

                                  2

1    35 U.S.C. § 285.

2        12.  As a result of Defendants' infringement, Plaintiff

3    has suffered and will suffer damages in the form of lost

4    profits, or at a minimum, will be entitled to recover a

5    reasonable royalty.

6        13.  Unless Defendants are enjoined by this Court from

7    continuing their infringement of the '790 Patent, Plaintiff

8    will suffer additional irreparable damages and impairment of

9    the value of its patent rights.  Thus, Plaintiff is entitled

10    to an injunction against further infringement.

**PRAYER FOR RELIEF**

12        WHEREFORE, Plaintiff prays for judgment as follows:

13        A.    That judgment be entered that Defendants are

14    infringing the '790 Patent;

15        B.    That Defendants, and their agents, servants,

16    employees, successors and assignors, and all those acting

17    under the authority of, or in privity or concert with them,

18    and each of them, be preliminarily and permanently enjoined

19    from directly or indirectly infringing the '790 Patent;

20        C.    That judgment be entered for damages, together with

21    prejudgment interest, to compensate Plaintiff for Defendants'

22    infringement of the '790 Patent;

23        D.    That judgment be entered for treble damages pursuant

24    to 35 U.S.C. § 284;

25        E.    That judgment be entered that this case is an

26    exceptional case within the meaning of 35 U.S.C. § 285, and

27    for an award of reasonable attorneys' fees to Plaintiff;

28        F.    That judgment be entered for costs to be awarded to

3

1    Plaintiff; and

2        G.   For such other and further relief as the Court may

3    deem proper under the circumstances.

### DEMAND FOR TRIAL BY JURY

5        Pursuant to the Federal Rules of Civil Procedure,

6    Plaintiff respectfully demands a trial by jury.

7

8    Dated:   January 8, 2002        Respectfully submitted,

9                                    BROBECK, PHLEGER & HARRISON, LLP

10

11                                   BY: _____

12                                       Douglas E. Olson
                                         ATTORNEYS FOR PLAINTIFF

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   Douglas E. Olson (State Bar Number 38649)
    F.T. Alexandra Mahaney (State Bar Number 125984)
2   Moana L. McMullan (State Bar Number 199303)
    BROBECK, PHLEGER & HARRISON LLP
3   12390 El Camino Real
    San Diego, CA  92130-2081
4   Telephone:  (858) 720-2500
    Facsimile:  (858) 720-3700
5
6   Attorneys for Plaintiff Nichols Institute Diagnostics Inc.

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10  NICHOLS INSTITUTE DIAGNOSTICS,  ) Case No.: No.
    INC., a California Corporation, )
11                                  ) **COMPLAINT FOR PATENT**
             Plaintiff,             ) **INFRINGEMENT**
12                                  )
          v.                        ) **DEMAND FOR JURY TRIAL**
13                                  )
    SCANTIBODIES CLINICAL           )
14  LABORATORY, INC., a California  )
    Corporation; SCANTIBODIES       )
15  LABORATORY, INC., a California  )
    Corporation; and DOES 1 through )
16  10,                             )
                                    )
17           Defendants.            )
                                    )
18                                  )
                                    )
19  _____  )

20

21

22

23

24

25

26

27

28

SDILIB1\MLM2\
412487.03                                                    COMPLAINT

## JURISDICTION AND VENUE

1.   This lawsuit is an action for patent infringement. The Court has jurisdiction over the subject matter of this action under 28 U.S.C. §§ 1331 and 1338, and has jurisdiction over the parties.

2.   Venue is proper in this district under 28 U.S.C. §§ 1391(b), 1391(c) and 1400(b).  A substantial part of the events giving rise to the claim occurred in this district, Defendants' contacts with this district are sufficient to render them amenable to personal jurisdiction in this district, and Defendants have committed acts of infringement in this district.  Defendants' contacts with this judicial district include the following:  (1) Defendants' principal places of business are located in this district; (2) Defendants have purposefully directed the design and manufacture of infringing products which are in turn used, advertised, offered for sale and sold in this judicial district; and (3) Defendants have purposefully directed the use, advertisement, offer for sale and sale of infringing products in this judicial district.  These contacts are related to, or gave rise to, the claims for patent infringement contained in this complaint.

## PARTIES

3.   Plaintiff NICHOLS INSTITUTE DIAGNOSTICS, INC. is a corporation organized under the laws of the State of California and has its principal place of business at 33051 Calle Aviador, San Juan Capistrano, California, 92675.

4.   Defendant SCANTIBODIES CLINICAL LABORATORY, INC. is

1

1   a corporation organized and existing under the laws of the

2   State of California and has its principal place of business

3   at 9663 Abraham Way, Santee, CA, 92027.

4       5.   Defendant SCANTIBODIES LABORATORY, INC. is a

5   corporation organized and existing under the laws of the

6   State of California and has its principal place of business

7   at 9663 Abraham Way, Santee, CA, 92027.

8                          **FIRST CLAIM**

9          (Infringement of U.S. Patent No. 6,030,790)

10      6.   Plaintiff hereby incorporates by this reference

11   paragraphs 1 through 5 inclusive.

12      7.   U.S. Patent No. 6,030,790 ("the '790 Patent"),

13   entitled "Antibodies That Bind Peptides From The HPTH

14   Sequence (1-37)" was duly and lawfully issued on February 29,

15   2000. A true and correct copy of the '790 Patent is attached

16   hereto as Exhibit 1.

17      8.   Plaintiff is the exclusive licensee of the

18   '790 Patent and has received all substantial rights under the

19   '790 Patent including the right to prosecute infringement

20   actions in the United States.

21      9.   Defendants have been, and are currently, infringing

22   the '790 Patent in violation of 35 U.S.C. § 271.

23      10.  Upon information and belief, Defendants' acts of

24   infringement will continue after service of this complaint.

25      11.  Upon information and belief, Defendants' past and

26   continued infringement is willful and deliberate, rendering

27   this case appropriate for treble damages under 35 U.S.C.

28   § 284 and making this an exceptional case under

                              2

1    35 U.S.C. § 285.

2        12.  As a result of Defendants' infringement, Plaintiff

3    has suffered and will suffer damages in the form of lost

4    profits, or at a minimum, will be entitled to recover a

5    reasonable royalty.

6        13.  Unless Defendants are enjoined by this Court from

7    continuing their infringement of the '790 Patent, Plaintiff

8    will suffer additional irreparable damages and impairment of

9    the value of its patent rights.  Thus, Plaintiff is entitled

10   to an injunction against further infringement.

11   **PRAYER FOR RELIEF**

12       WHEREFORE, Plaintiff prays for judgment as follows:

13       A.   That judgment be entered that Defendants are

14   infringing the '790 Patent;

15       B.   That Defendants, and their agents, servants,

16   employees, successors and assignors, and all those acting

17   under the authority of, or in privity or concert with them,

18   and each of them, be preliminarily and permanently enjoined

19   from directly or indirectly infringing the '790 Patent;

20       C.   That judgment be entered for damages, together with

21   prejudgment interest, to compensate Plaintiff for Defendants'

22   infringement of the '790 Patent;

23       D.   That judgment be entered for treble damages pursuant

24   to 35 U.S.C. § 284;

25       E.   That judgment be entered that this case is an

26   exceptional case within the meaning of 35 U.S.C. § 285, and

27   for an award of reasonable attorneys' fees to Plaintiff;

28       F.   That judgment be entered for costs to be awarded to

3

1    Plaintiff; and

2         G.   For such other and further relief as the Court may

3    deem proper under the circumstances.

4                    **DEMAND FOR TRIAL BY JURY**

5         Pursuant to the Federal Rules of Civil Procedure,

6    Plaintiff respectfully demands a trial by jury.

7

8    Dated:   January 8, 2002      Respectfully submitted,

9                                  BROBECK, PHLEGER & HARRISON, LLP

10

11                                 BY: _____

12                                     Douglas E. Olson
                                       ATTORNEYS FOR PLAINTIFF

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SDILIB1\MLM2\
412487.02                                                    COMPLAINT

US006030790A

# United States Patent [19]

## Adermann et al.

[11]  **Patent Number:** **6,030,790**

[45]  **Date of Patent:** **Feb. 29, 2000**

[54] **ANTIBODIES THAT BIND PEPTIDES FROM THE HPTH SEQUENCE (1-37)**

[75] Inventors: **Knut Adermann**, Hannover; **Dieter Hock**, Neckarbischofsheim; **Markus Mägerlein**, Obernburg, all of Germany

[73] Assignee: **Haemopep Pharma GmbH**, Germany

[21] Appl. No.: **08/817,547**

[22] PCT Filed: **Sep. 22, 1995**

[86] PCT No.: **PCT/EP95/03757**

§ 371 Date: **Mar. 27, 1997**

§ 102(e) Date: **Mar. 27, 1997**

[87] PCT Pub. No.: **WO96/10041**

PCT Pub. Date: **Apr. 4, 1996**

[30] **Foreign Application Priority Data**

Sep. 28, 1994 [DE] Germany .......................... P 44 34 551

[51] Int. Cl.⁷ ............................ **G01N 33/43**; C07K 16/26
[52] U.S. Cl. ...................... **435/7.1**; 436/512; 530/387.1; 530/387.2; 530/387.9; 530/388.24
[58] Field of Search ............................ 435/7.1; 436/512; 530/387.1, 387.2, 387.9, 388.24

[56] **References Cited**

U.S. PATENT DOCUMENTS

4,508,828   4/1985   Lindall et al ........................ 436/500

OTHER PUBLICATIONS

Nussbaum et al. Chemical Abstracts 96(5), Abstract No. 29060, 1982.
Tampe et al. J. Immunoassay 13(1):1–13, 1992.
Daniel et al. Virology 202: 540–549, 1994.
Bowie et al. Science 247:1306–1310, 1990.
Ngo et al. The Protein Folding Problem and Tertiary Structure Prediction, Merz et al., eds., Birkhauser, Boston, pp. 492–495, 1994.

*Primary Examiner*—Elizabeth Kemmerer
*Attorney, Agent, or Firm*—Jones & Askew, LLP

[57] **ABSTRACT**

The present invention is directed to peptides from the sequence of hPTH(1–37), which contain α-helical amino acid sequence regions and/or non-structured amino acid sequence regions, said peptides being capable of inducing antibodies when injected into animals. Furthermore, the invention is directed to a diagnostic agent and antibodies obtainable by immunizing animals using the peptides according to the invention.

**25 Claims, No Drawings**

6,030,790

| 1 | 2 |

# ANTIBODIES THAT BIND PEPTIDES FROM THE HPTH SEQUENCE (1-37)

This application was filed under 35 U.S.C. § 371 and claims priority from PCT/EP95/03757, filed Sep. 22, 1995.

The present invention relates to peptides from the sequence of hPTH(1–37), and the use of said peptides in the preparation of an agent for diagnosing biologically active hPTH.

Human parathyroid hormone (hPTH), a linear polypeptide having 84 amino acids, plays an important role in the regulation of the calcium metabolism. The metabolism of this hormone gives rise to a large number of C-terminal fragments, the biological functions of which have not yet been elucidated. The hPTH(1–37) has been established as a circulating N-terminal fragment (EP-A 0 349 545). This fragment has the full biological activity of the entire hormone. However, upon loss of the first amino acid, serine, the activity significantly decreases and is lost completely without the first two amino acids, serine and valine.

Serum levels in the range of $10^{-12}$ mol/l are measured for the intact hormone hPTH(1–84) and for the N-terminal fragment. Immunological measuring procedures are employed to determine such low concentrations. Here, the most valid results are provided by measuring procedures according to the double antibody or sandwich principle (e.g., the two-site radioimmunometric assay, IRMA, or the sandwich enzyme-linked immuno sorbent assay, Sandwich ELISA). For hPTH(1–84), such assays are commercially available. For the measurement of hPTH(1–34), an assay according to the double antibody principle is not known.

Here, two antibodies are required. In order to avoid mutual steric hindrance, they must be capable of recognizing antigen epitopes located at a sufficient distance from each other. When immunizing using the intact antigen, a heterogeneous mixture of various antibodies is obtained, which first must be subjected to an expensive purification in order to conduct a sandwich assay. According to theoretical calculations by B. A. Jameson and H. Wolf, The Antigenic Index: A Novel Algorithm for Predicting Antigenic Determinants, CABIOS 4, p. 181–186, 1988; it has been possible so far to detect a preferred sequence having immunogenic activity in the region of the amino acids 7–14 at the N-terminus. Immunization with N-terminal fragments according to established methods predominantly results in antibodies which, as has been described for hPTH(1–34) (J. Tampe, P. Brozio, H. E. Manneck, A. Mißbichler, E. Blind, K. B. Millers, H. SchmidtGayk, and F. P. Armbruster, Characterisation of Antibodies Against Human N-Terminal Parathyroid Hormone by Epitope Mapping; J. Immunoassay 13, p. 1–13, 1992), bind in the region of these amino acids. However, these antibodies are not capable of discriminating between biologically active and biologically inactive PTH (1–84) or fragments thereof lacking the first two amino acids serine and valine.

The technical problem which this invention is based upon is to provide peptides by means of which it is possible to eliminate the above-mentioned drawbacks in the diagnosis of biologically active hPTH.

Surprisingly, the technical problem described above is solved by means of the following peptides from the sequence of hPTH(1–37):

hPTH 1–10 SEQ I.D. NO.1
$NH_2$-Ser$^1$-Val$^2$-Ser$^3$-Glu$^4$-Ile$^5$-Gln$^6$-Leu$^7$-Met$^8$-His$^9$-Asn$^{10}$-OH   (1)

hPTH 1–9 SEQ I.D. NO.2
$NH_2$-Ser$^1$-Val$^2$-Ser$^3$-Glu$^4$-Ile$^5$-Gln$^6$-Leu$^7$-Met$^8$-His$^9$-OH   (2)

hPTH 1–8 SEQ I.D. NO.3
$NH_2$-Ser$^1$-Val$^2$-Ser$^3$-Glu$^4$-Ile$^5$-Gln$^6$-Leu$^7$-Met$^8$-OH   (3)

hPTH 1–7 SEQ I.D. NO.4
$NH_2$-Ser$^1$-Val$^2$-Ser$^3$-Glu$^4$-Ile$^5$-Gln$^6$-Leu$^7$-OH   (4)

hPTH 1–6 SEQ I.D. NO.5
$NH_2$-Ser$^1$-Val$^2$-Ser$^3$-Glu$^4$-Ile$^5$-Gln$^6$-OH   (5)

hPTH 1–5 SEQ I.D. NO.6
$NH_2$-Ser$^1$-Val$^2$-Ser$^3$-Glu$^4$-Ile$^5$-OH   (6)

hPTH 9–18 SEQ I.D. NO.7
$NH_2$-His$^9$-Asn$^{10}$-Leu$^{11}$-Gly$^{12}$-Lys$^{13}$-His$^{14}$-Leu$^{15}$-Asn$^{16}$-Ser$^{17}$-Met$^{18}$-OH   (7)

hPTH 10–18 SEQ I.D. NO.8
$NH_2$-Asn$^{10}$-Leu$^{11}$-Gly$^{12}$-Lys$^{13}$-His$^{14}$-Leu$^{15}$-Asn$^{16}$-Ser$^{17}$-Met$^{18}$-OH   (8)

hPTH 11–18 SEQ I.D. NO.9
$NH_2$-Leu$^{11}$-Gly$^{12}$-Lys$^{13}$-His$^{14}$-Leu$^{15}$-Asn$^{16}$-Ser$^{17}$-Met$^{18}$-OH   (9)

hPTH 12–18 SEQ I.D. NO.10
$NH_2$-Gly$^{12}$-Lys$^{13}$-His$^{14}$-Leu$^{15}$-Asn$^{16}$-Ser$^{17}$-Met$^{18}$-OH   (10)

hPTH 13–18 SEQ I.D. NO.11
$NH_2$-Lys$^{13}$-His$^{14}$-Leu$^{15}$-Asn$^{16}$-Ser$^{17}$-Met$^{18}$-OH   (11)

hPTH 14–18 SEQ I.D. NO.12
$NH_2$-His$^{14}$-Leu$^{15}$-Asn$^{16}$-Ser$^{17}$-Met$^{18}$-OH   (12)

hPTH 9–17 SEQ I.D. NO.13
$NH_2$-His$^9$-Asn$^{10}$-Leu$^{11}$-Gly$^{12}$-Lys$^{13}$-His$^{14}$-Leu$^{15}$-Asn$^{16}$-Ser$^{17}$-OH   (13)

hPTH 9–16 SEQ I.D. NO.14

6,030,790

3                                                         4

-continued

$NH_2-His^9-Asn^{10}-Leu^{11}-Gly^{12}-Lys^{13}-His^{14}-Leu^{15}-Asn^{16}-OH$     (14)

hPTH 9–15 SEQ I.D. NO.15
$NH_2-His^9-Asn^{10}-Leu^{11}-Gly^{12}-Lys^{13}-His^{14}-Leu^{15}-OH$     (15)

hPTH 9–14 SEQ I.D. NO.16
$NH_2-His^9-Asn^{10}-Leu^{11}-Gly^{12}-Lys^{13}-His^{14}-OH$     (16)

hPTH 9–13 SEQ I.D. NO.17
$NH_2-His^9-Asn^{10}-Leu^{11}-Gly^{12}-Lys^{13}-OH$     (17)

hPTH 24–37 SEQ I.D. NO.18
$NH_2-Leu^{24}-Arg^{25}-Lys^{26}-Lys^{27}-Leu^{28}-Gln^{29}-Asp^{30}-Val^{31}-His^{32}-Asn^{33}-$
$Phe^{34}-Val^{35}-Ala^{36}-Leu^{37}-OH$     (18)

hPTH 25–37 SEQ I.D. NO.19
$NH_2-Arg^{25}-Lys^{26}-Lys^{27}-Leu^{28}-Gln^{29}-Asp^{30}-Val^{31}-His^{32}-Asn^{33}-$
$Phe^{34}-Val^{35}-Ala^{36}-Leu^{37}-OH$     (19)

hPTH 26–37 SEQ I.D. NO.20
$NH_2-Lys^{26}-Lys^{27}-Leu^{28}-Gln^{29}-Asp^{30}-Val^{31}-His^{32}-Asn^{33}-$
$Phe^{34}-Val^{35}-Ala^{36}-Leu^{37}-OH$     (20)

hPTH 27–37 SEQ I.D. NO.21
$NH_2-Lys^{27}-Leu^{28}-Gln^{29}-Asp^{30}-Val^{31}-His^{32}-Asn^{33}-$
$Phe^{34}-Val^{35}-Ala^{36}-Leu^{37}-OH$     (21)

hPTH 28–37 SEQ I.D. NO.22
$NH_2-Leu^{28}-Gln^{29}-Asp^{30}-Val^{31}-His^{32}-Asn^{33}-Phe^{34}-Val^{35}-Ala^{36}-Leu^{37}-OH$     (22)

hPTH 29–37 SEQ I.D. NO.23
$NH_2-Gln^{29}-Asp^{30}-Val^{31}-His^{32}-Asn^{33}-Phe^{34}-Val^{35}-Ala^{36}-Leu^{37}-OH$     (23)

hPTH 30–37 SEQ I.D. NO.24
$NH_2-Asp^{30}-Val^{31}-His^{32}-Asn^{33}-Phe^{34}-Val^{35}-Ala^{36}-Leu^{37}-OH$     (24)

hPTH 31–37 SEQ I.D. NO.25
$NH_2-Val^{31}-His^{32}-Asn^{33}-Phe^{34}-Val^{35}-Ala^{36}-Leu^{37}-OH$     (25)

hPTH 32–37 SEQ I.D. NO.26
$NH_2-His^{32}-Asn^{33}-Phe^{34}-Val^{35}-Ala^{36}-Leu^{37}-OH$     (26)

hPTH 33–37 SEQ I.D. NO.27
$NH_2-Asn^{33}-Phe^{34}-Val^{35}-Ala^{36}-Leu^{37}-OH$     (27)

hPTH 24–36 SEQ I.D. NO.28
$NH_2-Leu^{24}-Arg^{25}-Lys^{26}-Lys^{27}-Leu^{28}-Gln^{29}-Asp^{30}-Val^{31}-His^{32}-Asn^{33}-$
$Phe^{34}-Val^{35}-Ala^{36}-OH$     (28)

hPTH 24–35 SEQ I.D. NO.29
$NH_2-Leu^{24}-Arg^{25}-Lys^{26}-Lys^{27}-Leu^{28}-Gln^{29}-Asp^{30}-Val^{31}-His^{32}-Asn^{33}-$
$Phe^{34}-Val^{35}-OH$     (29)

hPTH 24–34 SEQ I.D. NO.30
$NH_2-Leu^{24}-Arg^{25}-Lys^{26}-Lys^{27}-Leu^{28}-Gln^{29}-Asp^{30}-Val^{31}-His^{32}-Asn^{33}-$
$Phe^{34}-OH$     (30)

hPTH 24–33 SEQ I.D. NO.31
$NH_2-Leu^{24}-Arg^{25}-Lys^{26}-Lys^{27}-Leu^{28}-Gln^{29}-Asp^{30}-Val^{31}-His^{32}-Asn^{33}-OH$     (31)

hPTH 24–32 SEQ I.D. NO.32
$NH_2-Leu^{24}-Arg^{25}-Lys^{26}-Lys^{27}-Leu^{28}-Gln^{29}-Asp^{30}-Val^{31}-His^{32}-OH$     (32)

hPTH 24–31 SEQ I.D. NO.33
$NH_2-Leu^{24}-Arg^{25}-Lys^{26}-Lys^{27}-Leu^{28}-Gln^{29}-Asp^{30}-Val^{31}-OH$     (33)

hPTH 24–29 SEQ I.D. NO.34
$NH_2-Leu^{24}-Arg^{25}-Lys^{26}-Lys^{27}-Leu^{28}-Gln^{29}-OH$     (34)

hPTH 24–38 SEQ I.D. NO.35
$NH_2-Leu^{24}-Arg^{25}-Lys^{26}-Lys^{27}-Leu^{28}-OH$     (35)

The indicated sequences represent essential features of the secondary structure in their primary structure, as can be demonstrated by supporting NMR data. One precondition to this end was a determination of the PTH(1–37) secondary structure in physiological solution.

The above-mentioned regions of conspicuous structure have good immunogenic activity. Antibodies are formed, binding to the first amino acids of the N-terminus. Deficiency of only two amino acids gives rise to a substantial loss in affinity. Because these amino acids are indispensable

6,030,790

| 5 | 6 |

for the biological activity to arise, it is possible by using the peptides of the invention to obtain antibodies recognizing only hPTH and fragments thereof which are biologically active.

Furthermore, antibodies can be produced which detect the mid-region 9–15, as well as antibodies giving C-terminal binding in the region of the amino acids 30–37. According to the invention, it is therefore possible to produce antibodies against hPTH(1–37) regions which, according to theoretical calculations, do not exhibit immunogenic activity within the entire molecule. In addition, these regions are separated from each other by such a far distance that no steric hindrance is present which would prevent simultaneous binding of two antibodies.

In preferred embodiments, the peptides may be modified at the N-terminal end, in the side-chain and/or at the C-terminal end, namely, taking the form of acetylation, amidation, phosphorylation and/or glycosylation products.

Eventually, the peptides of the invention may also be bound to carrier proteins such as hemocyanin, thyroglobulin, bovine serum albumin, ovalbumin, or mouse serum albumin etc. Binding to the carrier proteins is preferably effected using carbodiimide or formaldehyde.

The peptides of the invention may be used in the preparation of a diagnostic agent. The diagnostic agent of the invention can be obtained using the per se known immunization of animals with at least one of the peptides according to the invention. Following immunization, an immunoglobulin fraction can be isolated from the immunized animals, which contains antibody fractions having an antibody titer against at least one of the peptides of the invention. The invention is also directed to the antibodies thus obtained. In addition to the complete antibodies consisting of $F_{ab}$ and $F_c$, fragments thereof such as $F_{ab}$ or fragments of the antibodies being idiotypes of peptide epitopes may also be used in an alternative embodiment.

The peptides according to the invention are suitable for preparing an agent for the diagnosis of biologically active hPTH(1–37).

Referring to the following examples, the invention will be described in more detail.

### EXAMPLE 1
Solid-Phase Synthesis of Peptides

The method of the invention for synthesizing the peptides is based on the peptide synthesis using a solid support. Each of the C-terminal amino acids is bound to the support material in the presence of dicyclohexylcarbodiimide and dimethylaminopyridine. Wang resin or similar resins are used as support material for the syntheses.

The following derivatives of L-amino acids are used in the synthesis of the sequence, starting from the peptidyl resin as specified: a) hPTH(1–10) Seq. I.D. No. 1: Fmoc-Asn(Trt)-Wang resin, Fmoc-His(Trt)-OH, Fmoc-Met-OH, Fmoc-Leu-OH, Fmoc-Gln(Trt)-OH, Fmoc-Ile-OH, Fmoc-Glu(OtBu)-OH, Fmoc-Ser(tBu)-OH, Fmoc-Val-OH, Boc-

Ser(tBu)-OH; b) hPTH(9–18) Seq. I.D. No. 7): Fmoc-Met-Wang resin, Fmoc-Ser(tBu)-OH, Fmoc-Asn(Trt)-OH, Fmoc-Leu-OH, Fmoc-His(Trt)-OH, Fmoc-Lys(Boc)-OH, Fmoc-Gly-OH, Fmoc-Leu-OH, Fmoc-Asn(Trt)-OH, Boc-His(Trt)-OH; c) hPTH(24–37) Seq. I.D. No. 18: Fmoc-Leu-Wang resin, Fmoc-Ala-OH, Fmoc-Val-OH, Fmoc-Phe-OH, Fmoc-Asn(Trt)-OH, Fmoc-His(Trt)-OH, Fmoc-Val-OH, Fmoc-Asp(OtBu)-OH, Fmoc-Gln(Trt)-OH, Fmoc-Leu-OH, Fmoc-Lys(Boc)-OH, Fmoc-Lys(Boc)-OH, Fmoc-Arg (Pmc)-OH, Fmoc-Leu-OH.

The synthesis may be carried out by in situ activation using 2-(1H-benzotriazol-1-yl)-1,1,3,3-tetramethyluronium tetrafluoroborate (TBTU) or derivatives thereof, or benzotriazol-1-yloxy-tris(dimethylamino)phosphonium hexafluorophosphate (BOP) or derivatives thereof in the presence of diisopropylethylamine or N-methylmorpholine and 1-hydroxybenzotriazole, using a four- to tenfold excess of Fmoc-L-amino acid during the coupling reactions in N,N-dimethylformamide, N,N-dimethylacetamide or N-methylpyrrolidone. Removal of the Fmoc groups is effected using 20% piperidine or 2% piperidine and 2% 1,8-diazabicyclo[5.4.0]undec-7-ene (DBU) in N,N-dimethylformamide, N,N-dimethylacetamide or N-methylpyrrolidone. Following synthesis, the resins are washed with 2-propanol and dichloromethane and dried to constant weight in a high vacuum.

Removal from the support and deprotection are carried out by reacting the peptidyl resin with trifluoroacetic acid containing 5% scavenger, water, ethanediol, phenol or thioanisole for 30–90 minutes at room temperature, filtrating, washing with trifluoroacetic acid, and subsequently precipitating with tert-butyl methyl ether. The precipitate is lyophilized from aqueous solution.

### EXAMPLE 2
Purification and Analysis

The raw products are purified by chromatography on a C18 reversed phase column (10 μm, buffer A: 0.01 N HCl in water; buffer B: 20% isopropanol, 30% methanol, 50% water, 0.01 N HCl; gradient: 10–80% within 60 minutes; detection at 230 nm).

The purity of the products is determined using mass spectrometry and C18 reversed phase chromatography.

### EXAMPLE 3
Coupling to Carrier Protein

Used as carrier proteins are hemocyanin, thyroglobulin, bovine serum albumin, ovalbumin, or mouse serum albumin. Coupling is performed according to the carbodiimide method by way of the carboxyl groups of the peptides. The peptide is activated in aqueous solution by reaction with 1-ethyl-3-(3-methylaminopropyl)carbodiimide hydrochloride for 5 minutes. Coupling is effected by adding the activated peptide to an aqueous solution of the carrier. The molar ratio is 1 peptide 50 amino acids of the carrier protein. The reaction takes 4 hours.

SEQUENCE LISTING

(1) GENERAL INFORMATION:

(iii) NUMBER OF SEQUENCES: 36

6,030,790

7                                                                8

—continued

```
(2) INFORMATION FOR SEQ ID NO: 1:

     (i) SEQUENCE CHARACTERISTICS:
          (A) LENGTH: 10 amino acids
          (B) TYPE: amino acid
          (C) STRANDEDNESS: unknown
          (D) TOPOLOGY: unknown

    (ii) MOLECULE TYPE: peptide

   (iii) HYPOTHETICAL: no

    (iv) ANTI-SENSE: no

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO: 1:

Ser Val Ser Glu Ile Gln Leu Met His Asn
1               5                      10


(2) INFORMATION FOR SEQ ID NO: 2:

     (i) SEQUENCE CHARACTERISTICS:
          (A) LENGTH: 9 amino acids
          (B) TYPE: amino acid
          (C) STRANDEDNESS: unknown
          (D) TOPOLOGY: unknown

    (ii) MOLECULE TYPE: peptide

   (iii) HYPOTHETICAL: no

    (iv) ANTI-SENSE: no

(xi) SEQUENCE DESCRIPTION: SEQ ID NO: 2:

Ser Val Ser Glu Ile Gln Leu Met His
1               5


(2) INFORMATION FOR SEQ ID NO: 3:

     (i) SEQUENCE CHARACTERISTICS:
          (A) LENGTH: 8 amino acids
          (B) TYPE: amino acid
          (C) STRANDEDNESS: unknown
          (D) TOPOLOGY: unknown

    (ii) MOLECULE TYPE: peptide

   (iii) HYPOTHETICAL: no

    (iv) ANTI-SENSE: no

(xi) SEQUENCE DESCRIPTION: SEQ ID NO: 3:

Ser Val Ser Glu Ile Gln Leu Met
1               5


(2) INFORMATION FOR SEQ ID NO: 4:

     (i) SEQUENCE CHARACTERISTICS:
          (A) LENGTH: 7 amino acids
          (B) TYPE: amino acid
          (C) STRANDEDNESS: unknown
          (D) TOPOLOGY: unknown

    (ii) MOLECULE TYPE: peptide

   (iii) HYPOTHETICAL: no

    (iv) ANTI-SENSE: no

(xi) SEQUENCE DESCRIPTION: SEQ ID NO: 4:

Ser Val Ser Glu Ile Gln Leu
1               5
```

6,030,790

9                                                                    10

-continued

(2) INFORMATION FOR SEQ ID NO: 5:

    (i) SEQUENCE CHARACTERISTICS:
       (A) LENGTH: 6 amino acids
       (B) TYPE: amino acid
       (C) STRANDEDNESS: unknown
       (D) TOPOLOGY: unknown

    (ii) MOLECULE TYPE: peptide

    (iii) HYPOTHETICAL: no

    (iv) ANTI-SENSE: no

(xi) SEQUENCE DESCRIPTION: SEQ ID NO: 5:

Ser Val Ser Glu Ile Gln
1               5


(2) INFORMATION FOR SEQ ID NO: 6:

    (i) SEQUENCE CHARACTERISTICS:
       (A) LENGTH: 5 amino acids
       (B) TYPE: amino acid
       (C) STRANDEDNESS: unknown
       (D) TOPOLOGY: unknown

    (ii) MOLECULE TYPE: peptide

    (iii) HYPOTHETICAL: no

    (iv) ANTI-SENSE: no

(xi) SEQUENCE DESCRIPTION: SEQ ID NO: 6:

Ser Val Ser Glu Ile
1               5


(2) INFORMATION FOR SEQ ID NO: 7:

    (i) SEQUENCE CHARACTERISTICS:
       (A) LENGTH: 10 amino acids
       (B) TYPE: amino acid
       (C) STRANDEDNESS: unknown
       (D) TOPOLOGY: unknown

    (ii) MOLECULE TYPE: peptide

    (iii) HYPOTHETICAL: no

    (iv) ANTI-SENSE: no

(xi) SEQUENCE DESCRIPTION: SEQ ID NO: 7:

His Asn Leu Gly Lys His Leu Asn Ser Met
1               5                   10


(2) INFORMATION FOR SEQ ID NO: 8:

    (i) SEQUENCE CHARACTERISTICS:
       (A) LENGTH: 9 amino acids
       (B) TYPE: amino acid
       (C) STRANDEDNESS: unknown
       (D) TOPOLOGY: unknown

    (ii) MOLECULE TYPE: peptide

    (iii) HYPOTHETICAL: no

    (iv) ANTI-SENSE: no

(xi) SEQUENCE DESCRIPTION: SEQ ID NO: 8:

Asn Leu Gly Lys His Leu Asn Ser Met
1               5

6,030,790

11                                                                          12

-continued

```
(2) INFORMATION FOR SEQ ID NO: 9:

      (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 8 amino acids
            (B) TYPE: amino acid
            (C) STRANDEDNESS: unknown
            (D) TOPOLOGY: unknown

     (ii) MOLECULE TYPE: peptide

    (iii) HYPOTHETICAL: no

     (iv) ANTI-SENSE: no

 (xi) SEQUENCE DESCRIPTION: SEQ ID NO: 9:

Leu Gly Lys His Leu Asn Ser Met
1               5


(2) INFORMATION FOR SEQ ID NO: 10:

      (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 7 amino acids
            (B) TYPE: amino acid
            (C) STRANDEDNESS: unknown
            (D) TOPOLOGY: unknown

     (ii) MOLECULE TYPE: peptide

    (iii) HYPOTHETICAL: no

     (iv) ANTI-SENSE: no

 (xi) SEQUENCE DESCRIPTION: SEQ ID NO: 10:

Gly Lys His Leu Asn Ser Met
1               5


(2) INFORMATION FOR SEQ ID NO: 11:

      (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 6 amino acids
            (B) TYPE: amino acid
            (C) STRANDEDNESS: unknown
            (D) TOPOLOGY: unknown

     (ii) MOLECULE TYPE: peptide

    (iii) HYPOTHETICAL: no

     (iv) ANTI-SENSE: no

 (xi) SEQUENCE DESCRIPTION: SEQ ID NO: 11:

Lys His Leu Asn Ser Met
1               5


(2) INFORMATION FOR SEQ ID NO: 12:

      (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 5 amino acids
            (B) TYPE: amino acid
            (C) STRANDEDNESS: unknown
            (D) TOPOLOGY: unknown

     (ii) MOLECULE TYPE: peptide

    (iii) HYPOTHETICAL: no

     (iv) ANTI-SENSE: no

 (xi) SEQUENCE DESCRIPTION: SEQ ID NO: 12:

His Leu Asn Ser Met
```

6,030,790

13                                                              14

-continued

1                5

(2) INFORMATION FOR SEQ ID NO: 13:

     (i) SEQUENCE CHARACTERISTICS:
          (A) LENGTH: 9 amino acids
          (B) TYPE: amino acid
          (C) STRANDEDNESS: unknown
          (D) TOPOLOGY: unknown

    (ii) MOLECULE TYPE: peptide

   (iii) HYPOTHETICAL: no

    (iv) ANTI-SENSE: no

(xi) SEQUENCE DESCRIPTION: SEQ ID NO: 13:

His Asn Leu Gly Lys His Leu Asn Ser
1                5

(2) INFORMATION FOR SEQ ID NO: 14:

     (i) SEQUENCE CHARACTERISTICS:
          (A) LENGTH: 8 amino acids
          (B) TYPE: amino acid
          (C) STRANDEDNESS: unknown
          (D) TOPOLOGY: unknown

    (ii) MOLECULE TYPE: peptide

   (iii) HYPOTHETICAL: no

    (iv) ANTI-SENSE: no

(xi) SEQUENCE DESCRIPTION: SEQ ID NO: 14:

His Asn Leu Gly Lys His Leu Asn
1                5

(2) INFORMATION FOR SEQ ID NO: 15:

     (i) SEQUENCE CHARACTERISTICS:
          (A) LENGTH: 7 amino acids
          (B) TYPE: amino acid
          (C) STRANDEDNESS: unknown
          (D) TOPOLOGY: unknown

    (ii) MOLECULE TYPE: peptide

   (iii) HYPOTHETICAL: no

    (iv) ANTI-SENSE: no

(xi) SEQUENCE DESCRIPTION: SEQ ID NO: 15:

His Asn Leu Gly Lys His Leu
1                5

(2) INFORMATION FOR SEQ ID NO: 16:

     (i) SEQUENCE CHARACTERISTICS:
          (A) LENGTH: 6 amino acids
          (B) TYPE: amino acid
          (C) STRANDEDNESS: unknown
          (D) TOPOLOGY: unknown

    (ii) MOLECULE TYPE: peptide

   (iii) HYPOTHETICAL: no

    (iv) ANTI-SENSE: no

(xi) SEQUENCE DESCRIPTION: SEQ ID NO: 16:

6,030,790

15                                                            16

-continued

```
His Asn Leu Gly Lys His
1            5


(2) INFORMATION FOR SEQ ID NO: 17:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 5 amino acids
        (B) TYPE: amino acid
        (C) STRANDEDNESS: unknown
        (D) TOPOLOGY: unknown

    (ii) MOLECULE TYPE: peptide

    (iii) HYPOTHETICAL: no

    (iv) ANTI-SENSE: no

(xi) SEQUENCE DESCRIPTION: SEQ ID NO: 17:

His Asn Leu Gly Lys
1            5


(2) INFORMATION FOR SEQ ID NO: 18:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 14 amino acids
        (B) TYPE: amino acid
        (C) STRANDEDNESS: unknown
        (D) TOPOLOGY: unknown

    (ii) MOLECULE TYPE: peptide

    (iii) HYPOTHETICAL: no

    (iv) ANTI-SENSE: no

(xi) SEQUENCE DESCRIPTION: SEQ ID NO: 18:

Leu Arg Lys Lys Leu Gln Asp Val His Asn Phe Val Ala Leu
1            5                10


(2) INFORMATION FOR SEQ ID NO: 19:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 13 amino acids
        (B) TYPE: amino acid
        (C) STRANDEDNESS: unknown
        (D) TOPOLOGY: unknown

    (ii) MOLECULE TYPE: peptide

    (iii) HYPOTHETICAL: no

    (iv) ANTI-SENSE: no

(xi) SEQUENCE DESCRIPTION: SEQ ID NO: 19:

Arg Lys Lys Leu Gln Asp Val His Asn Phe Val Ala Leu
1            5                10


(2) INFORMATION FOR SEQ ID NO: 20:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 12 amino acids
        (B) TYPE: amino acid
        (C) STRANDEDNESS: unknown
        (D) TOPOLOGY: unknown

    (ii) MOLECULE TYPE: peptide

    (iii) HYPOTHETICAL: no

    (iv) ANTI-SENSE: no

(xi) SEQUENCE DESCRIPTION: SEQ ID NO: 20:
```

6,030,790

17                                                                    18

-continued

```
Lys Lys Leu Gln Asp Val His Asn Phe Val Ala Leu
1               5                       10


(2) INFORMATION FOR SEQ ID NO: 21:

        (i) SEQUENCE CHARACTERISTICS:
                (A) LENGTH: 11 amino acids
                (B) TYPE: amino acid
                (C) STRANDEDNESS: unknown
                (D) TOPOLOGY: unknown

       (ii) MOLECULE TYPE: peptide

      (iii) HYPOTHETICAL: no

       (iv) ANTI-SENSE: no

     (xi) SEQUENCE DESCRIPTION: SEQ ID NO: 21:

Lys Leu Gln Asp Val His Asn Phe Val Ala Leu
1               5                       10


(2) INFORMATION FOR SEQ ID NO: 22:

        (i) SEQUENCE CHARACTERISTICS:
                (A) LENGTH: 10 amino acids
                (B) TYPE: amino acid
                (C) STRANDEDNESS: unknown
                (D) TOPOLOGY: unknown

       (ii) MOLECULE TYPE: peptide

      (iii) HYPOTHETICAL: no

       (iv) ANTI-SENSE: no

     (xi) SEQUENCE DESCRIPTION: SEQ ID NO: 22:

Leu Gln Asp Val His Asn Phe Val Ala Leu
1               5                       10


(2) INFORMATION FOR SEQ ID NO: 23:

        (i) SEQUENCE CHARACTERISTICS:
                (A) LENGTH: 9 amino acids
                (B) TYPE: amino acid
                (C) STRANDEDNESS: unknown
                (D) TOPOLOGY: unknown

       (ii) MOLECULE TYPE: peptide

      (iii) HYPOTHETICAL: no

       (iv) ANTI-SENSE: no

     (xi) SEQUENCE DESCRIPTION: SEQ ID NO: 23:

Gln Asp Val His Asn Phe Val Ala Leu
1               5


(2) INFORMATION FOR SEQ ID NO: 24:

        (i) SEQUENCE CHARACTERISTICS:
                (A) LENGTH: 8 amino acids
                (B) TYPE: amino acid
                (C) STRANDEDNESS: unknown
                (D) TOPOLOGY: unknown

       (ii) MOLECULE TYPE: peptide

      (iii) HYPOTHETICAL: no

       (iv) ANTI-SENSE: no
```

6,030,790

19                                                                                              20

-continued

(xi) SEQUENCE DESCRIPTION: SEQ ID NO: 24:

Asp Val His Asn Phe Val Ala Leu
1               5


(2) INFORMATION FOR SEQ ID NO: 25:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 7 amino acids
            (B) TYPE: amino acid
            (C) STRANDEDNESS: unknown
            (D) TOPOLOGY: unknown

        (ii) MOLECULE TYPE: peptide

        (iii) HYPOTHETICAL: no

        (iv) ANTI-SENSE: no

(xi) SEQUENCE DESCRIPTION: SEQ ID NO: 25:

Val His Asn Phe Val Ala Leu
1               5


(2) INFORMATION FOR SEQ ID NO: 26:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 6 amino acids
            (B) TYPE: amino acid
            (C) STRANDEDNESS: unknown
            (D) TOPOLOGY: unknown

        (ii) MOLECULE TYPE: peptide

        (iii) HYPOTHETICAL: no

        (iv) ANTI-SENSE: no

(xi) SEQUENCE DESCRIPTION: SEQ ID NO: 26:

His Asn Phe Val Ala Leu
1               5


(2) INFORMATION FOR SEQ ID NO: 27:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 5 amino acids
            (B) TYPE: amino acid
            (C) STRANDEDNESS: unknown
            (D) TOPOLOGY: unknown

        (ii) MOLECULE TYPE: peptide

        (iii) HYPOTHETICAL: no

        (iv) ANTI-SENSE: no

(xi) SEQUENCE DESCRIPTION: SEQ ID NO: 27:

Asn Phe Val Ala Leu
1               5


(2) INFORMATION FOR SEQ ID NO: 28:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 13 amino acids
            (B) TYPE: amino acid
            (C) STRANDEDNESS: unknown
            (D) TOPOLOGY: unknown

        (ii) MOLECULE TYPE: peptide

        (iii) HYPOTHETICAL: no

        (iv) ANTI-SENSE: no

6,030,790

21                                                    22

-continued

(xi) SEQUENCE DESCRIPTION: SEQ ID NO: 28:

Leu Arg Lys Lys Leu Gln Asp Val His Asn Phe Val Ala
1               5                   10


(2) INFORMATION FOR SEQ ID NO: 29:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 12 amino acids
            (B) TYPE: amino acid
            (C) STRANDEDNESS: unknown
            (D) TOPOLOGY: unknown

        (ii) MOLECULE TYPE: peptide

        (iii) HYPOTHETICAL: no

        (iv) ANTI-SENSE: no

(xi) SEQUENCE DESCRIPTION: SEQ ID NO: 29:

Leu Arg Lys Lys Leu Gln Asp Val His Asn Phe Val
1               5                   10


(2) INFORMATION FOR SEQ ID NO: 30:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 11 amino acids
            (B) TYPE: amino acid
            (C) STRANDEDNESS: unknown
            (D) TOPOLOGY: unknown

        (ii) MOLECULE TYPE: peptide

        (iii) HYPOTHETICAL: no

        (iv) ANTI-SENSE: no

(xi) SEQUENCE DESCRIPTION: SEQ ID NO: 30:

Leu Arg Lys Lys Leu Gln Asp Val His Asn Phe
1               5                   10


(2) INFORMATION FOR SEQ ID NO: 31:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 10 amino acids
            (B) TYPE: amino acid
            (C) STRANDEDNESS: unknown
            (D) TOPOLOGY: unknown

        (ii) MOLECULE TYPE: peptide

        (iii) HYPOTHETICAL: no

        (iv) ANTI-SENSE: no

(xi) SEQUENCE DESCRIPTION: SEQ ID NO: 31:

Leu Arg Lys Lys Leu Gln Asp Val His Asn
1               5                   10


(2) INFORMATION FOR SEQ ID NO: 32:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 9 amino acids
            (B) TYPE: amino acid
            (C) STRANDEDNESS: unknown
            (D) TOPOLOGY: unknown

        (ii) MOLECULE TYPE: peptide

        (iii) HYPOTHETICAL: no

6,030,790

23                                                                          24

-continued

```
    (iv) ANTI-SENSE: no

(xi) SEQUENCE DESCRIPTION: SEQ ID NO: 32:

Leu Arg Lys Lys Leu Gln Asp Val His
1               5


(2) INFORMATION FOR SEQ ID NO: 33:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 8 amino acids
            (B) TYPE: amino acid
            (C) STRANDEDNESS: unknown
            (D) TOPOLOGY: unknown

       (ii) MOLECULE TYPE: peptide

      (iii) HYPOTHETICAL: no

       (iv) ANTI-SENSE: no

(xi) SEQUENCE DESCRIPTION: SEQ ID NO: 33:

Leu Arg Lys Lys Leu Gln Asp Val
1               5


(2) INFORMATION FOR SEQ ID NO: 34:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 7 amino acids
            (B) TYPE: amino acid
            (C) STRANDEDNESS: unknown
            (D) TOPOLOGY: unknown

       (ii) MOLECULE TYPE: peptide

      (iii) HYPOTHETICAL: no

       (iv) ANTI-SENSE: no

(xi) SEQUENCE DESCRIPTION: SEQ ID NO: 34:

Leu Arg Lys Lys Leu Gln Asp
1               5


(2) INFORMATION FOR SEQ ID NO: 35:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 6 amino acids
            (B) TYPE: amino acid
            (C) STRANDEDNESS: unknown
            (D) TOPOLOGY: unknown

       (ii) MOLECULE TYPE: peptide

      (iii) HYPOTHETICAL: no

       (iv) ANTI-SENSE: no

(xi) SEQUENCE DESCRIPTION: SEQ ID NO: 35:

Leu Arg Lys Lys Leu Gln
1               5


(2) INFORMATION FOR SEQ ID NO: 36:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 5 amino acids
            (B) TYPE: amino acid
            (C) STRANDEDNESS: unknown
            (D) TOPOLOGY: unknown

       (ii) MOLECULE TYPE: peptide

      (iii) HYPOTHETICAL: no
```

6,030,790

25                                                        26

-continued

(iv) ANTI-SENSE: no

(xi) SEQUENCE DESCRIPTION: SEQ ID NO: 36:

Leu Arg Lys Lys Leu
1                 5

We claim:

1. A kit for detecting active human parathyroid hormone (hPTH) comprising a container and a first group of antibodies or antibody fragments and a second group of antibodies or antibody fragments, wherein the first group selectively binds a peptide of hPTH selected from the group consisting of peptides having SEQ. ID. Nos. 1–6 and the second group selectively binds hPTH at an epitope contained within amino acids 24 to 37.

2. The kit of claim 1, wherein the second group of antibodies or antibody fragments selectively binds a peptide of hPTH selected from the group consisting of peptides having SEQ. ID. Nos. 18–36.

3. The kit of claim 1, wherein the first group of antibodies or antibody fragments selectively bind peptides of hPTH having SEQ. ID. No. 1.

4. The kit of claim 1, wherein the first group of antibodies or antibody fragments selectively bind peptides of hPTH having SEQ. ID. No. 2.

5. The kit of claim 1, wherein the first group of antibodies or antibody fragments selectively bind peptides of hPTH having SEQ. ID. No. 3.

6. The kit of claim 1, wherein the first group of antibodies or antibody fragments selectively bind peptides of hPTH having SEQ. ID. No. 4.

7. The kit of claim 1, wherein the first group of antibodies or antibody fragments selectively bind peptides of hPTH having SEQ. ID. No. 5.

8. The kit of claim 1, wherein the first group of antibodies or antibody fragments selectively bind peptides of hPTH having SEQ. ID. No. 6.

9. An immunological method of detecting active human parathyroid hormone (hPTH) in a sample comprising:

contacting the sample with a first antibody or antibody fragment which selectively binds a peptide of hPTH selected from the group consisting of peptides having SEQ. ID. Nos. 1–6, wherein the first antibody or antibody fragment binds hPTH in the sample;

contacting the sample with a second antibody or antibody fragment which selectively binds hPTH at an epitope contained within amino acids 24 to 37; wherein the second antibody or antibody fragment binds to hPTH bound by the first antibody or antibody fragment; and

detecting the binding of the first and second antibodies or antibody fragments, wherein the binding of the first and second antibodies or antibody fragments indicates the presence of active hPTH in the sample.

10. The method of claim 9, wherein the second antibody or antibody fragment selectively binds a peptide of hPTH selected from the group consisting of peptides having SEQ. ID. Nos. 18–36.

11. The method of claim 9, wherein the first antibody or antibody fragment selectively binds peptides of hPTH having SEQ. ID. No. 1.

12. The method of claim 9, wherein the first antibody or antibody fragment selectively binds peptides of hPTH having SEQ. ID. No. 2.

13. The method of claim 9, wherein the first antibody or antibody fragment selectively binds peptides of hPTH having SEQ. ID. No. 3.

14. The method of claim 9, wherein the first antibody or antibody fragment selectively binds peptides of hPTH having SEQ. ID. No. 4.

15. The method of claim 9, wherein the first antibody or antibody fragment selectively binds peptides of hPTH having SEQ. ID. No. 5.

16. The method of claim 9, wherein the first antibody or antibody fragment selectively binds peptides of hPTH having SEQ. ID. No. 6.

17. A composition comprising an antibody or antibody fragment and a suitable carrier, wherein the antibody or antibody fragment selectively binds a peptide of human parathyroid hormone (hPTH) selected from the group consisting of peptides having SEQ. ID. Nos. 1–6.

18. The composition of claim 17, wherein the composition further comprises a second antibody or antibody fragment, wherein the second antibody or antibody fragment selectively binds hPTH at an epitope contained within amino acids 24 to 37.

19. The composition of claim 17, wherein the second antibody or antibody fragment selectively binds a peptide of hPTH selected from the group consisting of peptides having SEQ. ID. Nos. 18–36.

20. The composition of claim 17, wherein the antibody or antibody fragment selectively binds peptides of hPTH having SEQ. ID. No. 1.

21. The composition of claim 17, wherein the antibody or antibody fragment selectively binds peptides of hPTH having SEQ. ID. No. 2.

22. The composition of claim 17, wherein the antibody or antibody fragment selectively binds peptides of hPTH having SEQ. ID. No. 3.

23. The composition of claim 17, wherein the antibody or antibody fragment selectively binds peptides of hPTH having SEQ. ID. No. 4.

24. The composition of claim 17, wherein the antibody or antibody fragment selectively binds peptides pf hPTH having SEQ. ID. No. 5.

25. The composition of claim 17, wherein the antibody or antibody fragment selectivley binds peptides of hPTH having SEQ. ID. No. 6.

*   *   *   *   *

AO 120 (3/85)

| TO:                                          | REPORT ON THE                    |
|----------------------------------------------|----------------------------------|
| **Commissioner of Patents and Trademarks**   | **FILING OR DETERMINATION OF AN**|
| **Washington, D.C. 20231**                   | **ACTION REGARDING A PATENT**    |

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 U.S.C. 290) you are hereby advised
that a court action has been filed on the following patent(s) in the U.S. District Court:

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| 02cv0046B (LAB) | 1/8/02 | United States District Court, Southern District of California |

| PLAINTIFF | DEFENDANT |
|---|---|
| Nichols Institute Diagnostics | Scantibodies Clinical Laboratory |

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1. 6,030,790 | Feb. 29, 2000 | Knut Adermann |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | | |
|---|---|---|---|
| PATENT NO. | DATE OF PATENT | PATENTEE | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
|  |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
|  |  |  |

Copy 1 - Upon initiation of action, mail this copy to Commissioner   Copy 3 - Upon termination of action, mail this copy to Commissioner
Copy 2 - Upon filing document adding patent(s), mail this copy to Commissioner   Copy 4 - Case file copy

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I. (a) PLAINTIFFS**

Nichols Institute Diagnostics, Inc., a California Corporation

**DEFENDANTS**

Scantibodies Clinical Laboratory, Inc., a California Corporation; and Scantibodies Laboratory Inc., a California Corporation

02 JAN -8 PM 3:09

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Orange
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

See Attachment A

ATTORNEYS (IF KNOWN)

BY:

'02 CV 0046 B (LAB)

**II. BASIS OF JURISDICTION** (PLACE AN 'X' IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN 'X' IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

35 U.S.C. Section 271.  Patent Infringement.

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☒ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | **LABOR** | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motion to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Conditions | | | |

**VI. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removal from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

**DEMAND $** Monetary and injunctive relief

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions):

JUDGE _____  Docket Number _____

DATE  January 8, 2002

SIGNATURE OF ATTORNEY OF RECORD  Neana Nichillu

78307-PD  $150.00

## ATTACHMENT A TO CIVIL COVER SHEET

Douglas E. Olson, Esq. (State Bar No. 38649)
F.T. Alexandra Mahaney, Esq. (State Bar No. 125984)
Moana L. McMullan, Esq. (State Bar No. 199303)
Brobeck, Phleger & Harrison LLP
12390 El Camino Real
San Diego, California  92130-2081
Ph. No.:  (858) 720-2500